IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00223-MSK-MJW

PAUL METZGER, an individual,

Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC., a Colorado corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Partially Unopposed Motion to Amend the Scheduling Order (Docket No. 32) is GRANTED finding good cause shown noting that the unrepresented plaintiff has recently obtained counsel.

The Rule 16 Scheduling Order (Docket No. 15) is amended consistent with this minute order. The deadline to join parties or amend the pleadings is extended to October 25, 2013. The deadline to complete discovery is extended to December 16, 2013. The deadline to file dispositive motions is extended to January 16, 2014. The deadline for Plaintiff to designate experts is extended to September 25, 2013. The deadline for Defendant to designate experts is extended to October 25, 2013. The deadline to designate rebuttal experts is extended to November 15, 2013. The deadline to serve interrogatories, requests for production of documents and requests for admissions is extended to November 12, 2013.

Date: August 12, 2013